IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| BARBARA GEMMILL | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: AMD 02-3110 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | * | |
| | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and the Defendant, by their undersigned attorneys, hereby stipulate and agree that this matter shall be dismissed with prejudice.

_____
Wendy L. Shiff
Salsbury, Clements, Bekman, et al.
300 W. Pratt Street, Suite 450
Baltimore, MD 21201
(410) 539-6633

Attorneys for the Plaintiff

_____
J. Snowden Stanley, Jr. (Bar No. 00059)
Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, MD 21201
(410) 539-5040

Attorneys for Defendant

## ORDER

The above-referenced matter is hereby dismissed with prejudice.

Date Jan. 10, 2003

_____
Judge, United States District Court
For the District of Maryland

(B0309669.WPD;1)